UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 10-23015-CIV-MORENO

TIFFANY N. THORNE,

     Plaintiff,

vs.

PROFESSIONAL ADJUSTMENT CORP. OF
S.W. FL., INC.,

     Defendant.

_____/



### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

     THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with

Prejudice, indicating that the parties have amicably resolved all disputes in this case. Accordingly,

it is

     ADJUDGED that in light of the parties settling this action this case is **DISMISSED WITH**

**PREJUDICE**, with each party to bear its attorneys' fees and costs except as otherwise agreed by the

parties. The Clerk of Court shall close this case.

     DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of February, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record